**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL HARDING,<br><br>        Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | **Case No. EDCV 07-1272-VAP**<br>EDCR 04-0082<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner Randall Harding's "Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255" is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: August 26, 2008

                                           /s/ Virginia A. Phillips<br>
                                        VIRGINIA A. PHILLIPS<br>
                                      United States District Judge